UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DANIEL L. MORGAN,

    Plaintiff,

vs.                                                  CASE NO.: 3:07cv427/MCR/MD

DISCOVERY TRANSPORT, INC.,
and JAMES M. FOSTER,

    Defendants.
    _____/

**O R D E R**

    This cause was removed to this court from the Circuit Court in and for Escambia County, Florida, on October 5, 2007. Subsequently, Plaintiff filed a Motion to Remand (doc. 8) which was found deficient and denied without prejudice to refile (doc. 9). Defendants have now filed a Consent to Remand. (Doc. 11). To clarify the record, the parties shall confer and file a stipulation to remand.

    DONE and ORDERED this 20th day of December, 2007.


                                                _s/ M. Casey Rodgers_
                                            **M. CASEY RODGERS**
                                            **UNITED STATES DISTRICT JUDGE**